UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                 Case No. 24-30262
                                   Originating No. 23CR00180

**NEHMIAH ALLEN-GRIGGS,**

    Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **NEHMIAH ALLEN-GRIGGS** to answer charges pending in another federal district, and states:

1. On **July 11, 2024**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Southern District of West Virginia based on a petition for violations of pretrial release**. The defendant is charged in that district with violating 21 USC Sections 846 and 841 – Conspiracy to Distribute Methamphetamine and Distribution of Methamphetamine.

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Dawn N. Ison
United States Attorney


*s/ Craig Wininger*
CRAIG WININGER
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 11, 2024