UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>NEHMIAH ALLEN-GRIGGS,<br><br>                Defendant. | Case No. 24-30262<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DETAINING DEFENDANT
PENDING HEARING ON ALLEGED
VIOLATION OF PRETRIAL RELEASE**

Defendant Nehmiah Allen-Griggs is indicted in the Southern District of West Virginia for conspiracy to distribute methamphetamine and distribution of methamphetamine. After a warrant was issued because of the defendant's alleged violation of the terms of his pretrial release, he was arrested in this district. The government petitioned to have defendant transferred to the charging district and moved for him to be detained pending that transfer. Federal Rule of Criminal Procedure 40(c) permits a judge in the arresting district to "modify any previous release or detention

order in another district," so long as the judge "state[s] in writing the reasons for doing so."

After a detention hearing on July 12, 2024, and applying the factors under 18 U.S.C. § 1324, the Court ordered defendant detained pending his hearing in the Southern District of West Virginia. Pretrial services petitioned to have the defendant's bond revoked because, in violation of the conditions of bond, he explicitly refused to pursue employment or further his education, explicitly refused to cease using marijuana, and absconded from supervision.  The Court finds that defendant has proven to be unsupervisable and that there are thus no conditions or combination of conditions that will reasonably ensure the safety of the community.

Dated: July 16, 2024

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 16, 2024.

s/Donald Peruski
DONALD PERUSKI
Case Manager